RECEIVED
APR - 7 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO: 98-60030-11 |
| VERSUS | JUDGE DOHERTY |
| JAMES WINDELL GLOVER | MAGISTRATE JUDGE METHVIN |

**ORDER**

The Court was contacted Thursday, April 3, 2008 and advised by counsel that neither party objects to the "Provisional Memorandum Ruling Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)" issued by this Court on March 31, 2008. Additionally, the Court was advised neither party objected to the effective date of the Order being revised, so that the Order will become effective Tuesday, April 8, 2008. The Office of Probation was contacted, who thereafter conferred with the Bureau of Prisons; the Bureau of Prisons expressed no opposition to an earlier effective date. As such, the effective date listed on the Provisional Memorandum Ruling (June 29, 2008) is hereby RESCINDED; the effective date of this Court's Order [Rec. Doc. 726] is hereby REVISED to April 8, 2008.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _____ day of April, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

4-7-08
F: O/g
T) USPO 3cc
USMS 3cc